**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

────────────

**No. 24-6434**

────────────

JESSE LEE THOMAS,

Plaintiff - Appellant,

v.

MR. SMITH, Blue Unit Manager; MR. AURTHER, Asst. Blue Unit Manager; SGT. SHIRLEY, Blue Unit,

Defendants - Appellees.

────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:22-ct-03160-BO)

────────────

Submitted:  August 13, 2024                    Decided:  September 4, 2024

────────────

Before HARRIS and RICHARDSON, Circuit Judges, and MOTZ, Senior Circuit Judge.

────────────

Affirmed by unpublished per curiam opinion.

────────────

Jesse Lee Thomas, Appellant Pro Se.

────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jesse Lee Thomas appeals the district court's order denying relief on his 42 U.S.C. § 1983 complaint. We have reviewed the record and discern no reversible error. Accordingly, we deny Thomas' motion for the appointment of counsel and affirm the district court's order. *Thomas v. Smith*, No. 5:22-ct-03160-BO (E.D.N.C. Apr. 24, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
